Gerard R. Luckman, Subchapter V Trustee
c/o FORCHELLI DEEGAN TERRANA LLP
333 Earle Ovington Blvd., Suite 1010
Uniondale, New York 11553
Tel. No. (516) 248-1700
Fax No. (516) 248-1729

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------
**IN RE:**

| | |
|---|---|
| **Fraleg Group Inc.,** | **CASE NO.: 21-42322-jmm** |
| **Debtor** | **CHAPTER 11** |

-----------------------------------------------------------

CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION

  I, Gerard R. Luckman, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00.  The Debtor withdrew its election under subchapter v. Accordingly, no plan was confirmed to date and no plan payments were made to the trustee.  I have not requested and will not receive compensation in connection with this chapter 11 case.  I hereby certify that I have conducted my duties as trustee through the date of the Debtor's decision to withdraw its subchapter v election.    I request that I be discharged from any further duties as trustee.

Date: September 27, 2021           By:   Gerard R. Luckman
                          Trustee